IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACK LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-0900 |
| ) | Judge Trauger |
| CITY OF COOPERTOWN, SAM CHILDS, ) | |
| individually and in his official capacity as Mayor ) | |
| of Coopertown, WILLIAM ZIMMERLEE, ) | |
| individually and in his official capacity as ) | |
| Police Chief of the Coopertown Police Department, ) | |
| ADAM BENNETT, individually and in his ) | |
| capacity as a police officer for the Coopertown ) | |
| Police Department, LESLIE FORERIGHT, ) | |
| individually and in his official capacity as a police ) | |
| officer for the City of Coopertown Police ) | |
| Department, and UNKNOWN AND ) | |
| UNIDENTIFIED DEFENDANTS, who assisted in ) | |
| this course of action against Alderman Jack Long, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The plaintiff's Motion to Schedule Case Management Conference (Docket No. 28) is **GRANTED**. It is hereby **ORDERED** that a case management conference will be held in Judge Trauger's chambers on Wednesday, April 28, 2010, at 10:00 a.m.

It is so **ORDERED**.

ENTER this 20th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge