IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACK LONG, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 3:09-cv-00900 |
| | )  Judge Trauger |
| CITY OF COOPERTOWN, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motions for Summary Judgment filed by defendants City of Coopertown (Docket No. 77), Sam Childs (Docket No. 78), Adam Bennett (Docket No. 79), William Zimmerlee (Docket No. 80), and Leslie Foreright (Docket No. 81) are **GRANTED**, and this action is hereby **DISMISSED**. The Motion to Strike filed by the defendants (Docket No. 102) is **DENIED IS MOOT**. Entry of this Order shall constitute the judgment in this case.

It is so Ordered.

Entered this 5th day of July 2011.

_____
ALETA A. TRAUGER
United States District Judge